# EXHIBIT B

Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

ASSIGNMENT TEAM
WELLS FARGO BANK, N.A.
MAC: N9289-016
PO BOX 1629
EAGAN, MN 55121-4400

DS)

RECORDED 04/03/2017 12:37:39 PM
B/P:1738/Ps 560} (1

INST# 91397
TOWN OF CUMBERLAND, RI

## CORPORATE ASSIGNMENT OF MORTGAGE

Cumberland Town, Rhode Island
"FITCH"

Date of Assignment: March 22nd, 2017
Assignor: WELLS FARGO BANK, N.A. at 1 HOME CAMPUS, DES MOINES, IA 50328
Assignee: FEDERAL NATIONAL MORTGAGE ASSOCIATION at 1900 MARKET STREET, SUITE 800,
PHILADELPHIA, PA 19103

Executed By: DIANNE L. FITCH AND KENNETH P. FITCH To: WELLS FARGO BANK, N.A.
Date of Mortgage: 12/31/2009 Recorded: 01/13/2010 in Book/Reel/Liber: 001485 Page/Folio: 000256 as
Instrument No.: 00039379 in Cumberland Town, State of Rhode Island.

Property Address: 73 KAY STREET, CUMBERLAND, RI 02864

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of
which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said
Mortgage having an original principal sum of $96,648.00 with interest, secured thereby, and the full benefit of all the
powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys
unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the
terms contained in said Mortgage.

WELLS FARGO BANK, N.A.
On _____ 3-22-17 _____

By: _____
Scott Gerold Heurkins
Vice President Loan Documentation

STATE OF Minnesota
COUNTY OF Dakota

On 3/22/17 before me, Thomas Sutsada Sananikone _____, a Notary Public in the State of Minnesota,
personally appeared Scott Gerold Heurkins _____, Vice President Loan Documentation, personally
known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Thomas Sutsada Sananikone
Notary Expires: 1/31/2021

THOMAS SUTSADA SANANIKONE
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2021

(This area for notarial seal)

PREPARED BY: WELLS FARGO BANK, N.A.