AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

RJR

KENNETH FITCH
ESTATE OF DIANNE L. FITCH

*Plaintiff(s)*

v.

HARMON LAW OFFICES, PC

*Defendant(s)*

Civil Action No. 18-cv-214

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Harmon Law Offices, PC
150 California Street
Newton, MA 02458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date April 23, 2018

/s/ Hanorah Tver-Witek
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-214

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HARMON LAW OFFICE
was received by me on *(date)* 6-1-18 .

☑ I personally served the summons on the individual at *(place)* A/H/s Adra Pollock Sheehan Providence RI on *(date)* 6-5-18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 45 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6-5-18

Ronald Russo
*Server's signature*

Ronald Russo
*Printed name and title*

PO Box 7588 Warwick 02887
*Server's address*

Additional information regarding attempted service, etc:

X H Burnett
6-5-18
2:35 PM