UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE
REGISTERED HOLDERS OF AEGIS ASSET BAKED SECURITIES
TRUST, MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2005-5


VS.                                    C.A. NO.: 17-CV-141S-PAS


GILBERT LANTINI
                    MOTION FOR EXTENSION OF TIME

        Defendant, by his attorney, moves this Court for an extension of time

to September 6, 2018 to respond to the Motion for Summary Judgment. The

parties are considering possible resolution of this matter. The Plaintiff

assents to this Motion.


August 9, 2018                         /s/ John B. Ennis
                                       John B. Ennis, Esq. #2135
                                       1200 Reservoir Avenue
                                       Cranston, RI 02920
                                       401-943-9230
                                       jbelaw75@gmail.com

1

<u>CERTIFICATION</u>

I hereby certify that I emailed a copy of the above Motion to the following electronically, on this  9th day of August, 2018:

Walter Porr
Catherine Eastwood
Korde & Associates, PC
900 Chelmsford Street,
Suite 3102
Lowell, MA 01851

/s/ John B. Ennis