# Berk, Zachary W.

| | |
|---|---|
| **From:** | Berk, Zachary W. |
| **Sent:** | Monday, May 20, 2019 12:59 PM |
| **To:** | John Ennis |
| **Subject:** | Fitch v. FHA et al (18-cv-00214) |

John,

Confirming our conversation of this morning. Plaintiffs have an extension until May 29 to respond to my client's document requests. If no response is received, we will proceed with a motion to compel.

Regards,
Zach



**Zachary W. Berk**
**SAUL EWING ARNSTEIN & LEHR LLP**
131 Dartmouth Street, Suite 501 | Boston, MA 02116
Tel: 617.912.0927 | Fax: 857.400.3771
zachary.berk@saul.com | www.saul.com