UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KENNETH FITCH
ESTATE OF DIANNE L. FITCH

    VS.                        Civil Action No. 18-cv-214

FEDERAL HOUSING FINANCE
AGENCY,
FEDERAL NATIONAL
MORTGAGE ASSOCIATION,
WELLS FARGO BANK, N.A.,
HARMON LAW OFFICES, P.C.
266 PUTNAM AVENUE, LLC

## MOTION TO EXTEND TIME

Plaintiffs, by their attorney, moves this Court for an extension of time to August 1, 2019 to file a response to the Defendant's Motion to Dismiss.

The Plaintiff needs additional time to respond

                                        KENNETH FITCH

                                        ESTATE OF DIANNE L. FITCH
                                        By their Attorney

July 18, 2019                        /s/ John B. Ennis
                                        JOHN B. ENNIS, ESQ. #2135
                                        1200 Reservoir Avenue
                                        Cranston, Rhode Island 02920
                                        (401) 943-9230
                                        Jbelaw75@gmail.com

## CERTIFICATION

  I hereby certify that I emailed a copy of the above Motion to Extend Time to Respond to a Motion to Dismiss to the following on this 18th day of July, 2019 and by electronic filing:

Thomas Walsh, Esq.
Stephen Stoeher, Esq.
Samuel Bodurtha, Esq.
Michael Jusczyk, Esq.

                /s/ John B. Ennis