# Berk, Zachary W.

| | |
|---|---|
| **From:** | John Ennis <jbelaw75@gmail.com> |
| **Sent:** | Thursday, February 21, 2019 12:15 PM |
| **To:** | Bodurtha, Samuel C. |
| **Cc:** | Berk, Zachary W.; Jusczyk, Michael E (MJusczyk@seyfarth.com); Tieger, Ethan Z. |
| **Subject:** | Re: FW: Activity in Case 1:18-cv-00214-JJM-PAS Fitch et al v. Federal Housing Finance Agency et al Order on Motion for Extension of Time |

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

I will have it filed this week

John Ennis

On Thu, Feb 21, 2019 at 12:14 PM Bodurtha, Samuel C. <sbodurtha@hinshawlaw.com> wrote:

> Hi John:
> Will you let me know what's going on with this case?
>
> Thanks,
>
> Sam
>
>
> **Samuel C. Bodurtha**
> Hinshaw & Culbertson LLP
> 53 State Street, 27th Floor, Boston, MA 02109
> Tel: 617-213-7039 | Fax: 617-249-0245
>
>
> 56 Exchange Terrace, Suite 5, Providence, RI 02903
>
> Tel: 401-751-0842 | Fax: 401-751-0072
> SBodurtha@hinshawlaw.com | hinshawlaw.com
>
> 

**From:** cmecf@rid.uscourts.gov [mailto:cmecf@rid.uscourts.gov]
**Sent:** Thursday, January 31, 2019 11:47 AM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:18-cv-00214-JJM-PAS Fitch et al v. Federal Housing Finance Agency et al Order on Motion for Extension of Time

**\*\*\* External email \*\*\***

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Rhode Island

## Notice of Electronic Filing

The following transaction was entered on 1/31/2019 at 11:46 AM EST and filed on 1/31/2019

**Case Name:** Fitch et al v. Federal Housing Finance Agency et al
**Case Number:** 1:18-cv-00214-JJM-PAS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER granting [41] Motion for Extension of Time to 2/4/19 to file an amended complaint - So Ordered by District Judge John J. McConnell, Jr. on 1/31/2019. (Barletta, Barbara)**

**1:18-cv-00214-JJM-PAS Notice has been electronically mailed to:**

Ethan Z. Tieger    etieger@hinshawlaw.com, mtervo@hinshawlaw.com

John B. Ennis    Jbelaw75@gmail.com, jbennisattorney@aol.com, lisajbelaw@aol.com

Michael E. Jusczyk    mjusczyk@seyfarth.com, BOSdocket@seyfarth.com, lirusso@seyfarth.com

Samuel C. Bodurtha    sbodurtha@hinshawlaw.com, mambers@hinshawlaw.com

Thomas J. Walsh    twalsh@harmonlaw.com

Zachary W. Berk      zachary.berk@saul.com, patricia.holden@saul.com

**1:18-cv-00214-JJM-PAS Notice has been delivered by other means to:**

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.