STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## DISTRICT COURT

### SUMMONS – TWENTY (20) DAY
Residential Property – Eviction for Other than Nonpayment of Rent

|  | Case Action File Number<br>6CA-2017-11437 |
|---|---|
| **Plaintiff/Landlord**<br>266 Putnam Ave, LLC<br>v.<br>**Defendant/Tenant**<br>Kenneth Fitch | **Attorney for the Plaintiff/Landlord or the Landlord/Plaintiff**<br>DONALD R. LEMBO |
|  | **Address of the Plaintiff/Landlord Attorney or the Plaintiff/Landlord**<br>85 DOUGLAS PIKE<br>SMITHFIELD RI 02917 |
| J. Joseph Garrahy Judicial Complex<br>6th Division District Court<br>One Dorrance Plaza<br>Providence RI 02903<br>(401) 458-5400 | **Address of the Defendant/Tenant**<br>73 Kay Street<br>Cumberland, RI 02864 |

**TO THE DEFENDANT/TENANT:**

You are hereby served with a "Complaint for Eviction for Noncompliance with Rental Agreement" (G.L. 1956 § 34-18-36), "Complaint for Unlawfully Holding over after Termination" (G.L. 1956 §34-18-38), or a "Complaint for Unlawfully Holding over after Expiration of Tenancy" (G.L. 1956 § 34-18-38). **If you claim a defense, you must complete the enclosed Answer for (a fillable version is located on the Rhode Island Judiciary's website at www.courts.ri.gov under the heading of Public Resources, Forms and file it with the clerk of court within TWENTY (20) days after you are served with this Summons, Complaint, and Notice of Language Assistance, exclusive of the date of service. If you fail to file an Answer you will be defaulted.** You are also required to mail a copy of the Answer to the attorney for the Plaintiff/Landlord whose name and address appears above. If the Plaintiff/Landlord does not have an attorney, then you must mail a copy of your Answer to the Plaintiff/Landlord. You should retain a copy of the Answer for your file. This matter may be assigned for a hearing by you or the Plaintiff/Landlord by written motion. If you think the case is "settled," you should still file an Answer as hereinabove indicated and make sure that a written settlement is filed with the court.

**If you do nothing you will be defaulted and judgment for possession of the premises in question and money damages could be entered against you.**

| This Summons was generated on 10/20/2017 | /s/ Nicholas R. Cote<br>Clerk |
|---|---|

Witness the seal/watermark of the District Court

DC-CMS-3 (revised April 2015)

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## DISTRICT COURT

| **Plaintiff/Landlord**<br>266 Putnam Ave, LLC<br>v.<br>**Defendant/Tenant**<br>Kenneth Fitch | **Civil Action File Number**<br>6CA-2017-11437 |
|---|---|

### PROOF OF SERVICE

**Select the Defendant/Tenant being served (check only one per Proof of Service):**

| Please Select Only One (1) | Defendant |
|---|---|
| | Kenneth Fitch |

I hereby certify that on the date below I served a copy of this Summons, complaint, blank Answer form, Language Assistance Notice, and all required documents received herewith upon the Defendant/Tenant, by delivering or leaving said papers in the following manner:

☐ With the Defendant/Tenant personally.

☐ At the Defendant/Tenant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Age _____
Relationship to the Defendant/Tenant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statue to receive service, further notice as required by statue was given as noted below.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

DC-CMS-3 (revised April 2015)

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## DISTRICT COURT

Upon a private corporation, domestic or foreign:
  ☐ By delivering said papers to an officer or a managing or general agent.
   Name of person and designation _____

  ☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name of person and designation _____

  ☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statue to receive service, further notice as required by statue was given as noted below.
   _____

☐ I was unable to make service after the following reasonable attempts:
_____

Signature of SHERIFF OR DEPUTY SHERIFF OR CONSTABLE
_____

| SERVICE DATE: ___/___/___  Month  Day  Year | SERVICE FEE $_____ |

Page 2 of 2

DC-CMS-3 (revised April 2015)

Case Number: 6CA-2017-11437
Filed in 6th Division District Court
Submitted: 11/6/2017 11:15:36 AM
Envelope: 1275711
Reviewer: Jacklyn Barraza

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

# DISTRICT COURT

## SUMMONS – TWENTY (20) DAY
### Residential Property – Eviction for Other than Nonpayment of Rent

| | |
|---|---|
| | **Case Action File Number** <br> 6CA-2017-11437 |
| **Plaintiff/Landlord** <br> 266 Putnam Ave, LLC <br> v. <br> **Defendant/Tenant** <br> Kenneth Fitch | **Attorney for the Plaintiff/Landlord or the Landlord/Plaintiff** <br> DONALD R. LEMBO <br> **Address of the Plaintiff/Landlord Attorney or the Plaintiff/Landlord** <br> 85 DOUGLAS PIKE <br> SMITHFIELD RI 02917 |
| J. Joseph Garrahy Judicial Complex <br> 6th Division District Court <br> One Dorrance Plaza <br> Providence RI 02903 <br> (401) 458-5400 | **Address of the Defendant/Tenant** <br> 73 Kay Street <br> Cumberland, RI 02864 |

**TO THE DEFENDANT/TENANT:**

You are hereby served with a "Complaint for Eviction for Noncompliance with Rental Agreement" (G.L. 1956 § 34-18-36), "Complaint for Unlawfully Holding over after Termination" (G.L. 1956 §34-18-38), or a "Complaint for Unlawfully Holding over after Expiration of Tenancy" (G.L. 1956 § 34-18-38). **If you claim a defense, you must complete the enclosed Answer for (a fillable version is located on the Rhode Island Judiciary's website at www.courts.ri.gov under the heading of Public Resources, Forms and file it with the clerk of court within TWENTY (20) days after you are served with this Summons, Complaint, and Notice of Language Assistance, exclusive of the date of service. If you fail to file an Answer you will be defaulted.** You are also required to mail a copy of the Answer to the attorney for the Plaintiff/Landlord whose name and address appears above. If the Plaintiff/Landlord does not have an attorney, then you must mail a copy of your Answer to the Plaintiff/Landlord. You should retain a copy of the Answer for your file. This matter may be assigned for a hearing by you or the Plaintiff/Landlord by written motion. If you think the case is "settled," you should still file an Answer as hereinabove indicated and make sure that a written settlement is filed with the court.

**If you do nothing you will be defaulted and judgment for possession of the premises in question and money damages could be entered against you.**

| This Summons was generated on 10/20/2017 | /s/ Nicholas R. Cote <br> Clerk |
|---|---|

Witness the seal/watermark of the District Court

DC-CMS-3 (revised April 2015)

Case Number: 6CA-2017-11437
Filed in 6th Division District Court
Submitted: 11/6/2017 11:15:36 AM
Envelope: 1275711
Reviewer: Jacklyn Barraza

Case 1:18-cv-00214-JJM-PAS   Document 54-4   Filed 11/08/19   Page 5 of 6 PageID #: 414



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## DISTRICT COURT

| Plaintiff/Landlord<br>266 Putnam Ave, LLC<br>v.<br>Defendant/Tenant<br>Kenneth Fitch | Civil Action File Number<br>6CA-2017-11437 |

### PROOF OF SERVICE

Select the Defendant/Tenant being served (check only one per Proof of Service):

| Please Select Only One (1) | Defendant |
|---|---|
| X | Kenneth Fitch |

I hereby certify that on the date below I served a copy of this Summons, complaint, blank Answer form, Language Assistance Notice, and all required documents received herewith upon the Defendant/Tenant, by delivering or leaving said papers in the following manner:

☑ With the Defendant/Tenant personally.

☐ At the Defendant/Tenant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person of suitable age and discretion _____
Age _____
Relationship to the Defendant/Tenant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statue to receive service, further notice as required by statue was given as noted below.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

DC-CMS-3 (revised April 2015)

Case Number: 6CA2017-1403
Filed in 6th Division District Court
Submitted: 11/6/2017 11:15:36 AM
Envelope: 1275711
Reviewer: Jacklyn Barraza

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

### DISTRICT COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statue to receive service, further notice as required by statue was given as noted below.

☐ I was unable to make service after the following reasonable attempts:
  _____

Signature of SHERIFF OR DEPUTY SHERIFF OR CONSTABLE #6109
DATE 11/4/17

SERVICE DATE: 11 / 4 / 17
Month  Day  Year

MICHAEL F. TALIERCIO
CONSTABLE #6109

SERVICE FEE $45.00

Page 2 of 2

DC-CMS-3 (revised April 2015)