# EXHIBIT F-1

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

**WELLS FARGO HOME MORTGAGE**

November 30, 2017

John B Ennis
John B Ennis Attorney at Law
1200 Reservoir Ave
Cranston, RI 02920

Subject: Resolution to the inquiry for Dianne L. Fitch, account number ▇▇▇▇▇▇▇

Dear Mr. John B Ennis and John B Ennis Attorney at Law:

Addressing our customer's concerns is important to us and I thank you for the opportunity to assist you. I'm responding on behalf of Wells Fargo Home Mortgage to the request received in our office on November 07, 2017.

## Within the inquiry you requested the following information

- Current status of the loan
- Payment history
- Request for loan validation
- Authorization
- Customer did not receive an acceleration notice or default letters
- Invalid foreclosure sale
- Servicing file request
- Mediation letters / documents with Rhode Island Housing
- Servicing/collection notes, inspection and legal fees, documents sent to servicer

Based on my research I am able to provide the following information

### Current status of the loan

On October 01, 2017, the servicer of your account changed to Rushmore Loan Management. If you have additional questions about your account, please contact Rushmore Loan Management at 1-888-504-6700.

### Payment history

In response to your request, we've enclosed an account history.

### Request for loan validation

This account originated with Wells Fargo Bank, N.A. We've included copies of the Note and Mortgage for further details. These documents validate the origination of this account.

Fitch
November 30, 2017
Page 2

## Authorization

John B. Ennis, Esq. is being recognized as Attorney representing Kenneth Fitch the Administrator of the Estate of Dianne L. Fitch. This authorization will expire on November 21, 2057, unless you or our customer request the authorization be terminated.

## Customer did not receive an acceleration or default letters

Based on our research, we've determined that our customer's account was handled appropriately.

We wanted to share our information with you and have enclosed the documents we used in our research. If you'd like to request additional documents that support our research, you may reply to me directly at the return address on this letter or by phone at the number provided in the "Going forward section of this letter.

Please find enclosed the acceleration letter dated March 31, 2017, notice of sale dated April 20, 2017, and demand/default notices sent to the property address. I have included demand letters sent to the customers property address starting on July 16, 2014, February 15, 2016, March 17, 2016, and August 16, 2016.

## Invalid foreclosure sale

We initiated foreclosure as allowed by the terms of your Note and Mortgage, on July 28, 2017. At that time your account was due for the March 2016 through July 2017 payments. The foreclosure action is allowed by the mortgage documents and applicable laws.

## Servicing file request

Please find all authorized documents enclosed that I am able to provide for your request.

## Mediation letters / documents with Rhode Island Housing

Please find enclosed the requested mediation letters and or documents with the Rhode Island Housing.

## Servicing/collection notes, inspection and legal fees, documents sent to servicer

We've completed our review of your request for documentation and information. We've determined the items you requested are considered to be confidential, privileged and/or proprietary information of Wells Fargo. For this reason, we're unable to provide the documents requested.

Fitch
November 30, 2017
Page 3

**Additional information**

We've reviewed your request for information about the activity on this account. We've enclosed the following items:

- Security Instrument and Assignments, if applicable
- Promissory Note and any applicable riders
- The recently received correspondence that initiated the request
- Demand/default notices sent to customer
- Acceleration notice
- Notice of Mediation Conference Rhode Island Housing
- Loan application
- Request for transcript of Tax Return 4506-T
- Mortgage kit
- Borrower's Title Affidavit
- Borrower Acknowledgments, Agreements and Disclosures
- Right to Cancel
- Loss Mitigation invitation and contact information

We're unable to provide any further information because your remaining requests are too broad. If you provide us with more specific details about what you're seeking, we'll review your request again.

**Going forward**

We value your feedback and appreciate the time and effort you took to contact us. It's been my goal to fully address the requests you've brought to our attention. If you have any questions, I'm here to help. You may reach me at 1-800-853-8516, extension 1335621626. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Steven LeRoy
Executive Resolution Specialist
Customer Care and Recovery Group

Enclosure(s)

EX003/30E/co5455199/cl708

