# EXHIBIT F-2



Wells Fargo
P.O. Box 1629
Des Moines, IA 50306-0335

July 20, 2018

John B. Ennis
Attorney At Law
1200 Reservior Avenue
Cranston, RI 02920

Subject: Resolution to your inquiry about Dianne L. Fitch, account number ███████

Dear John B. Ennis:

We received an inquiry in our office, however, the account is in active litigation. Here is the litigation information for your reference:

- Court: District Court for Rhode Island
- County: N/A
- Case Number: 1:18-cv-00214-JJM-PAS
- Date of Filing: April 19, 2018
- Case Name: : Kenneth Fitch Estate of Diane L. Fitch v. Federal Housing Financing Agency, Federal National Mortgage Association, Wells Fargo Bank, N.A., Harmon Law Offices, PC

We won't be providing a response to your inquiry because the issues raised are the same or very closely related to the issues raised in the pending litigation. We've forwarded your inquiry to our litigation counsel to review during the pending litigation.

**Going forward**

We value your feedback and appreciate the time and effort you took to contact us. It's been my goal to fully address the concerns you've brought to our attention.

If you have any questions, I'm here to help. You may reach me at 1-800-853-8516, extension 1335721072. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

*Christina Moss*

Christina Moss
Executive Resolution Specialist
Customer Care and Recovery Group

EX003/M62/NONO/cl000

John B. Ennis
Attorney At Law
1200 Reservior Avenue
Cranston, RI 02920

**This page was left intentionally blank**

Wells Fargo Home Mortgage
P.O. Box 10368
Des Moines, IA 50306-0368

PRESORTED
FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 23060 $ 00042
02 1M
0001404481

7/28/15 1:8 P.M. 2:30

HOME MORTGAGE
WELLS FARGO

GUC-IMB 02920