UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KENNETH FITCH
ESTATE OF DIANNE L. FITCH

      VS.                              Civil Action No.  18-CV-214 JJM-PAS

FEDERAL HOUSING FINANCE
AGENCY,
FEDERAL NATIONAL
MORTGAGEASSOCIATION,
WELLS FARGO BANK, N.A.,
266 PUTNAM AVENUE, LLC
RUSHMORE LOAN MANAGEMENT SERVICES, LLC
US BANK NATIONAL ASSOCIATION AS TRUSTEE
FOR RMAC TRUST, SERIES 2016-CTT

### NOTICE TO TAKE DEPOSITION

**DEPONENT:** FEDERAL HOUSING FINANCE AGENCY

**DATE:**     April 26, 2021

**TIME:**     9:30 AM

NOTICE OF DEPOSITION PURSUANT TO F.R.C.P. 30(b)(6)

Please take notice that Plaintiff, Kenneth Fitch will take the deposition upon

oral examination, of Federal Housing Finance Agency commencing at 9:30 a.m. on

Monday April 26, 2021 and from day to day thereafter until completed. Pursuant to

the United States District Court for the District of Rhode Island's General Order

Regarding Depositions in Civil Cases During Coronavirus Pandemic, issued on

May 22, 2020, the deposition will be taken and recorded over remote

videoconferencing before an officer authorized by law to administer oath and record testimony, and also may be recorded by audio, audiovisual, or stenographic means, as provided for by, and in accordance with all applicable law. You are invited to attend by phone and/ or video and cross-examine. The videoconference link and call-in information will be provided in advance of the deposition.

Please reach out to undersigned counsel immediately upon receipt of this Notice if you have any concerns regarding participation by remote video and/or phone conferencing.

Pursuant to RCP (30)(b)(6), Federal Housing Finance Agency ("FHFA") shall designate one or more person(s) with knowledge to testify on its behalf regarding the following areas of inquiry:

1.    The person(s) with knowledge of when FNMA or any other entity, sold Dianne Fitch's promissory note and mortgage along with the name and business address of the purchaser.

2.    The person(s) with knowledge of any purchase and sales agreement or other documents by which FNMA or any other entity sold Dianne Fitch's promissory note and mortgage.

3.    The person(s) with knowledge of whether Federal National Mortgage Association had any ownership of the Dianne Fitch's mortgage or promissory note on or after July 28, 2017.

2

4.      The person(s) with knowledge of any documents which indicate

whether Federal National Mortgage Association had any ownership of Dianne

Fitch's mortgage on or after July 28, 2017.

5.      The person(s) with knowledge of the actual owner of the

Dianne Fitch's Mortgage and note on July 28, 2017 and thereafter and of all the

documents on which this knowledge is based.

KENNETH FITCH

DIANNE FITCH

By their Attorney

March 25, 2021

/s/John B. Ennis
JOHN B. ENNIS, ESQ. #2135
1200 Reservoir Avenue
Cranston, Rhode Island 02920
(401) 943-9230

A subpoena duces tecum with be issued in  conjunction with the Deposition.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I emailed/mailed/faxed a copy of this Notice of

Deposition to all parties which are electronic filers and to the following at their

respective email addresses/mailing address on March 25, 2021.


Zachary Berk
Samuel Bodurtha
Michael Jusczyk


<u>s/John B. Ennis</u>
JOHN B. ENNIS, ESQ
