UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KENNETH FITCH<br>ESTATE OF DIANNE L. FITCH,<br><br>        Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, FEDERAL NATIONAL MORTGAGE ASSOCIATION, WELLS FARGO BANK, N.A., HARMON LAW OFFICES, P.C., 266 PUTNAM AVENUE, LLC, RUSHMORE LOAN MANAGEMENT SERVICES, LLC, US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RMAC TRUST, SERIES 2016-CTT,<br><br>        Defendants. | CIVIL ACTION NO. 1:18-cv-00214-JJM-PAS |

## JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Defendants, Federal National Mortgage Association ("Fannie Mae") and Federal Housing Finance Agency ("FHFA," together with Fannie Mae, the "Defendants") and Plaintiffs, Kenneth Fitch and the Estate of Dianne L. Fitch ("Plaintiffs"), request an extension of the Court's deadline for all parties to file dispositive motions, currently set for August 31, 2021, by a period of sixty (60) days, up to and including November 1, 2021. In support of this motion, the Defendants and Plaintiffs state as follows:

1. Plaintiffs filed the instant complaint on or about April 19, 2018. (*See* ECF No. 1.)

2. On or about January 14, 2020, the Plaintiffs filed an amended complaint. (*See* ECF No. 60, the "Amended Complaint.")

3. Defendant, 266 Putnam Avenue, LLC ("266 Putnam"), answered the Amended Complaint on or about February 3, 2020 and brought a crossclaim against Fannie Mae. (*See* ECF No. 63.)

4. The Defendants answered the Amended Complaint and 266 Putnam's crossclaim on or about March 27, 2020. (*See* ECF Nos. 73-74.)

5. Since the Defendants answered the Amended Complaint and crossclaim, the parties have engaged in motion practice concerning the Plaintiffs' efforts to obtain discovery from the Defendants. (*See, e.g.,* ECF Nos. 100-101, 105, 107.) Most recently, on August 26, 2021, the Court overruled the Plaintiffs' objection to Magistrate Judge Sullivan's denial of the Plaintiffs' motion to compel production of certain documentation from Fannie Mae. (*See* ECF No. 139.)

6. Pursuant to a text order entered by the Court on July 7, 2021, dispositive motions must be filed on or before August 31, 2021. (*See* Docket Entry dated 7/7/2021.)

7. Based on delay caused by the above-mentioned motion practice, the parties require additional time to prepare dispositive pleadings in this matter.

8. The Defendants and Plaintiffs request an extension of the deadline for all parties to file dispositive pleadings by a period of sixty (60) days, up to and including November 1, 2021 for all parties in this case.

9. Counsel for the Defendants conferred with counsel for Defendants, Wells Fargo Bank, N.A., 266 Putnam Avenue, LLC, and Rushmore Loan Management. All parties assented to the extension sought in this motion.

10. No party will be prejudice by the extension sought in this motion.

**WHEREFORE**, Defendants, Federal National Mortgage Association and Federal Housing Finance Agency, and Plaintiffs, Kenneth Fitch and the Estate of Dianne L. Fitch, move this Court to extend the deadline for dispositive motions by all parties in this matter by a period of sixty (60) days, up to and including November 1, 2021.

Respectfully submitted,

KENNETH FITCH
ESTATE OF DIANNE L. FITCH
By their attorney,

/s/ John B.Ennis
JOHN B. ENNIS
1200 Reservoir Avenue
Cranston, RI 02920
(401) 943-9230
Jbelaw75@gmail.com

FEDERAL HOUSING FINANCE AGENCY
and FEDERAL NATIONAL MORTGAGE
ASSOCIATION

By: Their Attorney

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
Phone: 401-751-0842
Fax: 401-751-0072
E-mail: sbodurtha@hinshawlaw.com

Dated:   August 31, 2021

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 31, 2021.

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar #7075

1010708\308975169.v1