**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH FITCH**
**ESTATE OF DIANNE L. FITCH**

      **VS.**                                    Civil Action No. 18-cv-214

**FEDERAL HOUSING FINANCE**
**AGENCY,**
**FEDERAL NATIONAL**
**MORTGAGEASSOCIATION,**
**WELLS FARGO BANK, N.A.,**
**HARMON LAW OFFICES, P.C.**
**266 PUTNAM AVENUE, LLC**
**RUSHMORE**
**LOAN MANAGEMENT SERVICES, LLC,**
**US BANK NATIONAL ASSOCIATION AS**
**TRUSTEE FOR RMAC TRUST, SERIES**
**2016-CTT,**

### MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by their attorney, move that this Court grant Summary Judgment against Federal National Mortgage Association, Rushmore Loan Management Services, LLC, US Bank National Association as Trustee for RMAC Trust Series 2016-CTT for the reasons stated in the attached Memorandum of Law. Based on the deficient Default Notice, the deficient Acceleration Notice, the failure to comply with the mediation statute and the fact that Federal National Mortgage Association lacked any ownership interest in the note or the mortgage, the foreclosure was void and Plaintiffs

1

are entitled to Judgment as a matter of law, there being no disputes of material fact.

|  |  |
|---|---|
|  | KENNETH FITCH |
|  | ESTATE OF DIANNE L. FITCH<br>By their Attorney |
| November 1, 2021 | /s/ John B. Ennis<br>JOHN B. ENNIS, ESQ. #2135<br>1200 Reservoir Avenue<br>Cranston, Rhode Island 02920<br>(401) 943-9230<br>Jbelaw75@gmail.com |

CERTIFICATION

I hereby certify that I emailed a copy of the above Motion for Summary Judgment to the following on this 1st day of November, 2021 and by electronic filing:

Thomas Walsh, Esq.
Stephen Stoeher, Esq.
Samuel Bodurtha, Esq.
Michael Jusczyk, Esq.
Zachary W. Bork, Esq.
Rowdy Cloud, Esq.

/s/ John B. Ennis

2