UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KENNETH FITCH<br>ESTATE OF DIANNE L. FITCH,<br><br>        Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, FEDERAL NATIONAL MORTGAGE ASSOCIATION, WELLS FARGO BANK, N.A., HARMON LAW OFFICES, P.C., 266 PUTNAM AVENUE, LLC, RUSHMORE LOAN MANAGEMENT SERVICES, LLC, US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR RMAC TRUST, SERIES 2016-CTT,<br><br>        Defendants. | CIVIL ACTION NO. 1:18--cv-00214-JJM-PAS |

## FEDERAL NATIONAL MORTGAGE ASSOCIATION'S CROSS-MOTION FOR SUMMARY JUDGMENT

The Defendant, Federal National Mortgage Association ("Defendant"), hereby moves for entry of Summary Judgment in its favor and against Plaintiffs. In support of this Motion, the Defendant submits the accompanying Memorandum of Law.

Respectfully submitted,

FEDERAL NATIONAL MORTGAGE ASSOCIATION

By: Their Attorneys

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
401-751-0842
401-751-0072  (facsimile)
sbodurtha@hinshawlaw.com

Dated:        December 1, 2021

1010708\309629945.v1

## HEARING REQUEST

In accordance with Local Rule for the District of Rhode Island 7, Federal National Mortgage Association requests oral argument on their summary judgment motion and estimates an hour will be required.

/s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar #7075

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar #7075