# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| KENNETH FITCH and<br>ESTATE OF DIANNE L. FITCH<br><br>Plaintiffs,<br><br>V.<br><br>FEDERAL HOUSING FINANCE<br>AGENCY, FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION,<br>WELLS FARGO BANK, N.A.,<br>HARMON LAW OFFICES, P.C., and<br>266 PUTNAM AVENUE, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:18-cv-00214 |

## DEFENDANT 266 PUTNAM AVENUE, LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant 266 Putnam Avenue, LLC ("Putnam") hereby opposes Plaintiffs' Motion for Summary Judgment (the "Motion"). *See* Dkt. No. 160. Putnam opposes Plaintiffs' Motion on the same grounds set forth in its previously filed Motions for Partial Summary Judgment and related filings, *see* Docket Nos. 96, 117, 167, 168, 169, which are incorporated herein by reference. For the reasons set forth therein, Plaintiffs' Motion should be denied.

266 PUTNAM AVENUE, LLC
By its attorneys,

 */s/ Zachary W. Berk*
Zachary W. Berk (RI Bar No. 7453)
Paige V. Schroeder (RI Bar No. 9165)
SAUL EWING ARNSTEIN & LEHR LLP
131 Dartmouth Street, Suite 501
Boston, MA 02116
T: (617) 912-0927
F: (617) 723-4151
Zachary.Berk@saul.com
DATED: December 1, 2021          Paige.Schroeder@saul.com

39326875.1

## CERTIFICATE OF SERVICE

      I, Zachary W. Berk, counsel for Defendant 266 PUTNAM AVENUE, LLC, hereby certify that I served a true copy of the within document upon all counsel of record through the Court's electronic filing system.

| 12/1/2021 | */s/ Zachary W. Berk* |
|---|---|
| Date | Zachary W. Berk |

2

39326875.1