# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KENNETH FITCH and
THE ESTATE OF DIANNE
L. FITCH,
    Plaintiffs,

    v.
                                                 C.A. No. 18-214 JJM

FEDERAL HOUSING FINANCE
AGENCY, FEDERAL NATIONAL
MORTGAGE ASSOCIATION, WELLS
FARGO BANK N.A., 266 PUTNAM
AVENUE, LLC, and US BANK
NATIONAL ASSOCIATION,
    Defendants.

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendants and against Plaintiffs pursuant to the Orders entered by this Court on March 31st, 2022 and July 11th, 2022.

                                              Enter:

                                              /s/ Ryan H. Jackson
                                              Deputy Clerk

Dated: July 11, 2022